IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AMBROSIO ROUSE,

         Plaintiff,         13cv0065
                                **ELECTRONICALLY FILED**
        v.

II-VI INCORPORATED, ET AL.,

         Defendants.

### MEMORANDUM ORDER RE: PRO SE PLAINTIFF'S EXCEPTIONS TO ORDER DENYING MOTION TO REOPEN CASE (DOC. NO. 73)

Presently before this Court is a 38 page document filed by *Pro Se* Plaintiff entitled "Exceptions to Order dated July 31, 2014 Denying Plaintiff's Motion to Re-Open filed on July 18, 2014." Doc. No. 73. In this document, Plaintiff again moves this Court to modify its previous rulings. As this Court has set forth repeatedly, there are no grounds to disturb the order closing this case. See Doc. Nos. 50, 69, 72. Therefore, this 28th day of August, 2014, IT IS HEREBY ORDERED THAT to the extent that Plaintiff's "Exceptions" is another motion to reconsider, said "Motion" (Doc. No. 73) is **DENIED**.

                                                      s/ Arthur J. Schwab
                                                        Arthur J. Schwab
                                                        United States District Judge

cc:     All Registered ECF Counsel and Parties

        **AMBROSIO ROUSE**
        2770 St. Andrews Square
        Apt #2117
        Allison Park, PA 15101