IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AMBROSIO ROUSE,

    Plaintiff,　　　　　　　　　　13cv0065
**ELECTRONICALLY FILED**

    v.

II-VI INCORPORATED, ET AL.,

    Defendants.

**ORDER OF COURT RE: PRO SE PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A NOTICE OF APPEAL, OR IN THE ALTERNATIVE TO STAY PENDING CLARIFICATION AND PROPER DETERMINATION AND DISPOSITION BY A MERIT PANEL OF THE THIRD CIRCUIT COURT OF APPEALS OF PLAINTIFF'S 9/2/14 SUBMISSION TO THAT COURT OF A PETITION FOR WRIT OF MANDAMUS, OR IN THE ALTERNATIVE NOTICE OF APPEAL (DOC. NO. 75)**

Presently before this Court is yet another attempt by *Pro Se* Plaintiff to challenge this Court's Memorandum Order Dismissing Plaintiff's Complaint with prejudice. Doc. No. 75. This case was closed by the Court on August 26, 2013, because Plaintiff's claims are foreclosed, prohibited, and/or barred by various legal doctrines. Doc. No. 49. Plaintiff has challenged this Court's Order through various methods. See Doc. Nos. 54, 70, 71, 73. The Court has denied all of these Motions. Plaintiff now assails action allegedly taken by the Clerk of Court of the United States Court of Appeals for the Third Circuit. Plaintiff also notes that he "will timely file a Notice of Appeal by September 29, 2014" and moves this Court to grant an extension of time to file this appeal. Doc. No. 75, 10. This Court declines to do so because Plaintiff has not demonstrated that he is likely to succeed on the merits and such an extension would not be in the best interests of the public and would further strain judicial resources.

AND NOW, this 16th day of September, 2014, IT IS HEREBY ORDERED THAT Plaintiff's Motion for Extension of Time to File a Notice of Appeal (Doc. No. 75) is **DENIED**.

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All Registered ECF Counsel and Parties

**AMBROSIO ROUSE**
2770 St. Andrews Square
Apt #2117
Allison Park, PA 15101