IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AMBROSIO ROUSE,

    Plaintiff,                          13cv0065
                                            **ELECTRONICALLY FILED**
    v.

II-VI INCORPORATED, ET AL.,

    Defendants.

**MEMORANDUM ORDER RE: MOTION TO RE-OPEN THE CASE (DOC. NO. 101)
AND MOTION FOR RELIEF PURSUANT TO F.R.C.P. RULE 60(d)(3) (DOC. NO. 102)
AND ORDER ENJOINING PLAINTIFF FROM FILING FURTHER PLEADINGS**

      Before the Court are two motions by Plaintiff Ambrosio Rouse seeking to re-open this long-closed case. Doc. Nos. 101 and 102. Plaintiff has been well-advised, by the decisions of this Court, the United States Court of Appeals for the Third Circuit, and the United States Supreme Court, that this case is closed. *See* Doc. No. 88 (detailing procedural history of the case). The Court of Appeals has sanctioned Plaintiff for filing meritless challenges to the disposition of this case. *See* Doc. No. 100-2 (awarding Fed. R. App. P. 38 damages to Defendants for Plaintiff's frivolous appeal).

      Accordingly, Plaintiff's motions seeking to re-open this case, Doc. Nos. 101 and 102, are DENIED. Due to Plaintiff's demonstrated pattern of making repetitive, groundless filings, the Clerk of Court is directed to reject future filings by the Plaintiff at this case number. *See Chipps v. U.S.D.C. for the M.D. of Pa.*, 882 F.2d 72 (3d Cir. 1989). Plaintiff is prohibited from filing further pleadings at this case number without pre-authorization by the Court.

                                                         SO ORDERED, this 19th day of June, 2018,

                                                         s/Arthur J. Schwab
                                                         Arthur J. Schwab
                                                         United States District Judge